TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00538-CR

Lloyd Jason Moore, Jr., Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY

NO. 450,245, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a judgment of conviction for assault. The punishment is incarceration
for 180 days and a $1000 fine, probated.

 Appellant timely filed a motion for new trial. The county court at law granted the motion
on August 2, 1996. As a consequence, this appeal is moot. Tex. R. App. P. 32.

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed as Moot

Filed: October 16, 1996

Do Not Publish